# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br>LORETO CASTILLO-PENUELAS,<br><br>Defendant. | CASE NO. 18CR3363WQH<br><br>ORDER |

HAYES, Judge:

The matter before this Court is the Motion to seal United States' Response in Opposition to Defendant's Motions to Suppress. Plaintiff United States requests that the court order the Response in Opposition to Defendant's Motions to Suppress filed under seal in the record because the exhibits referenced in the motion and the exhibits themselves contain sensitive Border Patrol materials covered by the Protective Order issued in this matter by this Court.

"A party seeking to seal a judicial record ... bears the burden of overcoming [a] strong presumption [in favor of public access] by meeting the compelling reasons standard." *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (internal citations and quotations omitted). A party seeking to seal court documents can overcome the presumed right to access "only by [establishing] an overriding right or interest 'based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest.'" *Oregonian Publ'g Co. v. U.S.*

*Dist Court for the Dist. of Or.,* 920 F.2d 1462, 1465 (9th Cir. 1990) (quoting *Press-Enterprise Co. v. Superior Ct.*, 464 U.S. 501, 510 (1985).

The Court has reviewed the Response in Opposition to Defendant's Motions to Suppress and finds that Plaintiff United States has not limited the request to seal to information supported by compelling reasons for sealing. A substantial portion of the Memorandum addresses facts and circumstances related to the search of the vehicle and the constitutionality of the immigration checkpoint which are not appropriate for filing under seal. Even assuming that the Plaintiff United States makes a showing that the exhibits and references to exhibits are suitable for sealing, the sealing must be limited to information supported by compelling reasons for sealing. The Court concludes that the Application to seal the Motion to seal United States' Response in Opposition to Defendant's Motions to Suppress is not narrowly tailored to overcome the presumption in favor of public access.

IT IS HEREBY ORDERED that the Motion to seal United States' Response in Opposition to Defendant's Motions to Suppress is denied. The Clerk of the Court shall return the United States' Response in Opposition to Defendant's Motions to Suppress to Counsel for Plaintiff United States; and file the Motion to seal United States' Response in Opposition to Defendant's Motions to Suppress and this order on the docket in the record.

DATED: January 16, 2019

**WILLIAM Q. HAYES**
United States District Judge

18cr3363WQH